IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES D. EVANS | : | CIVIL ACTION |
| v. | : | |
| UNITED STATES OF AMERICA | : | NO. 12-00677 |

FILED
FEB 22 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

AND NOW, this 22d day of February, 2012, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED;

2. Plaintiff's Complaint is DISMISSED without prejudice. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order.

3. Plaintiff's Emergency Petition for Renunciation of Citizenship and his request for appointment of counsel are DENIED without prejudice; and

4. This case shall be marked CLOSED statistically.

BY THE COURT:

_____
NORMA L. SHAPIRO, J.